IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT COHEN, D.D.S.    :
1905 Sunrise Drive
Potomac, MD 20854

    Plaintiff    :

v.    :    Civil Action #

HOME DEPOT U.S.A., INC.    :
2455 Paces Ferry Road, NW, C-8
Atlanta, GA 30339-4024

    Defendant    :

## NOTICE OF REMOVAL

Home Depot U.S.A., Inc., Defendant, by its attorney, Matthew T. Angotti, respectfully presents the following Notice of Removal from the Superior Court of the District of Columbia, pursuant to 28 U.S.C. §1441, *et seq*, and states as grounds for removal:

Plaintiff, Robert Cohen, D.D.S., has filed an action against Defendant, Home Depot U.S.A., Inc., in the Superior Court of the District of Columbia, Case #2006 CA 001311B alleging he was injured by falling merchandise when visiting the Home Depot store in Gaithersburg, Maryland, due to the negligence of Defendant. A copy of the Complaint together with all of the pleadings filed in the Superior Court of the District of Columbia are attached hereto as Exhibit 1.

2. This action is removable to this Court on the grounds of diversity of citizenship as the Plaintiff, Robert Cohen, D.D.S., is alleged to be a resident of Potomac, Maryland. Defendant, Home Depot U.S.A., Inc., is a Delaware Corporation with its principal offices in Atlanta, Georgia. The amount in controversy exceeds $75,000.00 as the damages claimed by Plaintiff are $750,000.00.

Home Depot U.S.A., Inc., was first served with a copy of the Summons and Complaint on February 27, 2006.

**WHEREFORE,** Home Depot U.S.A., Inc., prays the action now pending against it in the Superior Court of the District of Columbia be removed to this Court.

_____
Matthew T. Angotti (#MD05949)
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD  21201
410-752-1630
Fax:  410-752-0085
*Attorney for Defendant*

I HEREBY CERTIFY that on this 9th day of March, 2006, copy of the foregoing was mailed to:

Hubert M. Schlosberg, Esq.
Richard Johns, Esq.
2000 Massachusetts Avenue, NW
Third Floor
Washington, D.C.  20036
*Attorneys for Plaintiff*

_____
Matthew T. Angotti (#MD05949)
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD  21201
410-752-1630
Fax:  410-752-0085
*Attorney for Defendant*

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

Robert Cohen, D.D.S
1905 Sunrise Drive
Potomac, MD 20854

        Plaintiff,

vs.

Home Depot USA, Inc.
901 Rhode Island Ave., NE
Washington, D.C. 20018

**SERVE RESIDENT AGENT:**

C.T. Corporation System
1015 15th Street
Suite 1000, N.W.
Washington, D.C. 20005

        Defendant,

Civil Action No. 0001311-06

RECEIVED
CIVIL CLERK'S OFFICE
FEB 2 2 2006
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

**COMPLAINT**
(Negligence)

1) This Court has jurisdiction pursuant to Section 11-921 of the Code of the District of Columbia.

2) Plaintiff, Robert Cohen, D.D.S., is an adult citizen of the United States and resident of the State of Maryland.

3) The Defendant Corporation is actively doing business in the District of Columbia and the State of Maryland and elsewhere.

4) On or about Monday, February 6, 2006 at approximately 10:30 a.m., the Defendant

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500

1

EXHIBIT
1

Corporation was the owner and operator of a large retail establishment/store located at or near Shady Grove Road in Gaithersburg, Maryland to which the public was invited to shop for various and sundry supplies including plumbing fixtures and multiple other items.

5) At the same time and place, the Plaintiff was a customer/invitee on the premises owned, operated, maintained and under the control of the Defendant's store.

6) At the aforesaid time and place, Employees, Agents and/or Servants of the Corporate Defendant, during the course of their employment and while under the supervision and control of the Corporate Defendant, did negligently and recklessly cause a huge cast iron tub to fall on the Plaintiff causing him to sustain, inter alia, serious and painful injuries without any negligence on his part contributing thereto.

7) As a direct result of the aforesaid negligence and carelessness of the Corporate Defendant and its Employees, Agents and/or Servants, the Plaintiff suffered numerous and permanent injuries, including, inter alia, severe anxiety, nervousness and mental anguish, injury to his left foot and leg and other injuries to his body and limbs generally with residual permanent scarring. The aforesaid injuries have compromised the Plaintiff's lifestyle, including, among other things, his ability to practice his profession as a dentist as well as other major inconveniences.

8) As a direct result of the aforesaid negligence and carelessness of the Corporate Defendant and its Employees, Agents and/or Servants, the Plaintiff was caused to suffer extensive monetary and non-monetary losses including, but not limited to, medical, x-rays, medical supplies and medications, loss of income, transportation and parking, and other allied expenses which he will continue to incur in the future.

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500

2

WHEREFORE, Plaintiff Robert Cohen, D.D.S. prays this honorable Court for judgment against the Defendant Corporation, in the amount of Seven Hundred and Fifty Thousand ($750,000.00) Dollars plus interest and costs.

Respectfully submitted,

**HUBERT M. SCHLOSBERG**
_____
Hubert M. Schlosberg - #28290
Richard Johns
**Attorney(s) for Plaintiff**
2000 Massachusetts Ave., N.W.
Third Floor
Washington, D.C. 20036
(202) 483-3500

## JURY DEMAND

Plaintiff demands trial by jury of twelve (12) persons.

**HUBERT M. SCHLOSBERG**
_____
Hubert M. Schlosberg, Esq.

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500

3

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
02/27/2006
Log Number 510956777

TO: Nancy Bunker
The Home Depot, Inc.
2455 Paces Ferry Road, Building C-8th Floor
Atlanta, GA, 30339-4024

RE: **Process Served in District of Columbia**

FOR: Home Depot U.S.A., Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Robert Cohen, D.D.S., Pltf. vs. Home Depot USA, Inc., Dft. |
| DOCUMENT(S) SERVED: | Initial Order, Summons, Complaint and Jury Demand |
| COURT/AGENCY: | Superior Court of the District of Columbia, DC<br>Case # 2006 CA 001311 B |
| NATURE OF ACTION: | Personal Injury - Negligence |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Washington, DC |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 02/27/2006 postmarked on 02/23/2006 |
| APPEARANCE OR ANSWER DUE: | 20 Days |
| ATTORNEY(S) / SENDER(S): | Hubert M. Schlosberg<br>2000 Massachusetts Ave., NW<br>Third Floor<br>Washington, DC, 20036<br>202-483-3500 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 790336792235 |
| SIGNED:<br>PER:<br>ADDRESS:<br><br><br>TELEPHONE: | C T Corporation System<br>Mark Diffenbaugh<br>1015 15th Street, N.W.<br>Suite 1000<br>Washington, DC, 20005<br>202-572-3133 |

Page 1 of 1 / LL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ROBERT COHEN
Vs.
HOME DEPOT USA INC

C.A. No.    2006 CA 001311 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge RUSSELL F CANAN
Date:  February 22, 2006
Initial Conference: 9:30 am, Friday, May 26, 2006
Location:  Courtroom 518
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

Caio.doc

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

Robert Cohen, D.D.S.

*Plaintiff*

vs.

Home Depot USA, Inc.
SERVE RESIDENT AGENT:

C.T. Corporation System
1015 15th Street
Suite 1000, N.W.
Washington, D.C. 20005

*Defendant*

0001311-06
Civil Action No. _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 9:00 a.m. and 4:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_____
Hubert M. Schlosberg
Name of Plaintiff's Attorney

2000 Massachusetts Ave., N.W.
Address
Washington, D.C. 20036 Third Floor

202-483-3500
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date 02-22-06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

Form CV(6)-456/Mar. 01