IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

Robert Cohen, D.D.S
1905 Sunrise Drive
Potomac, MD 20854

       Plaintiff,

vs.

Home Depot USA, Inc.
901 Rhode Island Ave., NE
Washington, D.C. 20018

**SERVE RESIDENT AGENT:**

C.T. Corporation System
1015 15th Street
Suite 1000, N.W.
Washington, D.C. 20005

       Defendant,

Civil Action N0001311-06

RECEIVED
CIVIL CLERK'S OFFICE
FEB 2 2 2006
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

**COMPLAINT**
(Negligence)

1) This Court has jurisdiction pursuant to Section 11-921 of the Code of the District of Columbia.

2) Plaintiff, Robert Cohen, D.D.S., is an adult citizen of the United States and resident of the State of Maryland.

3) The Defendant Corporation is actively doing business in the District of Columbia and the State of Maryland and elsewhere.

4) On or about Monday, February 6, 2006 at approximately 10:30 a.m., the Defendant

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500

1

Corporation was the owner and operator of a large retail establishment/store located at or near Shady Grove Road in Gaithersburg, Maryland to which the public was invited to shop for various and sundry supplies including plumbing fixtures and multiple other items.

5) At the same time and place, the Plaintiff was a customer/invitee on the premises owned, operated, maintained and under the control of the Defendant's store.

6) At the aforesaid time and place, Employees, Agents and/or Servants of the Corporate Defendant, during the course of their employment and while under the supervision and control of the Corporate Defendant, did negligently and recklessly cause a huge cast iron tub to fall on the Plaintiff causing him to sustain, inter alia, serious and painful injuries without any negligence on his part contributing thereto.

7) As a direct result of the aforesaid negligence and carelessness of the Corporate Defendant and its Employees, Agents and/or Servants, the Plaintiff suffered numerous and permanent injuries, including, inter alia, severe anxiety, nervousness and mental anguish, injury to his left foot and leg and other injuries to his body and limbs generally with residual permanent scarring. The aforesaid injuries have compromised the Plaintiff's lifestyle, including, among other things, his ability to practice his profession as a dentist as well as other major inconveniences.

8) As a direct result of the aforesaid negligence and carelessness of the Corporate Defendant and its Employees, Agents and/or Servants, the Plaintiff was caused to suffer extensive monetary and non-monetary losses including, but not limited to, medical, x-rays, medical supplies and medications, loss of income, transportation and parking, and other allied expenses which he will continue to incur in the future.

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500

WHEREFORE, Plaintiff Robert Cohen, D.D.S. prays this honorable Court for judgment against the Defendant Corporation, in the amount of Seven Hundred and Fifty Thousand ($750,000.00) Dollars plus interest and costs.

Respectfully submitted,

**HUBERT M. SCHLOSBERG**
_____
Hubert M. Schlosberg - #28290
Richard Johns
**Attorney(s) for Plaintiff**
2000 Massachusetts Ave., N.W.
Third Floor
Washington, D.C. 20036
(202) 483-3500

## JURY DEMAND

Plaintiff demands trial by jury of twelve (12) persons.

**HUBERT M. SCHLOSBERG**
_____
Hubert M. Schlosberg, Esq.

LAW OFFICES
HUBERT M. SCHLOSBERG
2000 MASSACHUSETTS AVE., NW
THIRD FLOOR
WASHINGTON, D.C. 20036
(202) 483-3500

3