

FILED
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

ROBERT COHEN, D.D.S. )
               Plaintiff )
               vs )
HOME DEPOT U.S.A., INC. )
               Defendant )

CASE NUMBER 1:06CV00475
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 03/10/2006

JURY ACTION

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for ___Home Depot U.S.A., Inc.___ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___/Home Depot U.S.A., Inc.___ which have any outstanding securities in the hands of the public:

_____

The Home Depot, Inc.

Home Depot, International, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
[signature]
Signature

#MD05949
BAR IDENTIFICATION NO.

Matthew T. Angotti
Print Name
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Address

Balto.,  MD  21201
City    State    Zip Code

410-752-1630
Phone Number