IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT COHEN, D.D.S.                  :
1905 Sunrise Drive
Potomac, MD  20854

    Plaintiff                         :

v.                                    :    Civil Action # 06CV00475
                                                                        Judge:  Colleen Kollar-Kotelly

HOME DEPOT U.S.A., INC.               :
2455 Paces Ferry Road, NW, C-8
Atlanta, GA  30339-4024

    Defendant                         :

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Robert Cohen, D.D.S., Plaintiff, and Home Depot U.S.A., Inc., Defendant, by respective counsel, hereby file the following Notice of Voluntary Dismissal Without Prejudice pursuant to the Federal Rules of Civil Procedure.

                                                _____
                                                Hubert M. Schlosberg, Esq. (#28290)
                                                2000 Massachusetts Avenue, N.W.
                                                3rd Floor
                                                Washington, D.C.  20036
                                                202-483-3500
                                                Fax:  202-223-8007
                                                *Attorney for Plaintiff*

/s/ Matthew T. Angotti
_____
Matthew T. Angotti (#MD05949)
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Balto., MD 21201
410-752-1630
Fax: 410-752-0085
*Attorney for Defendant*

2